**IN THE UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| DIEBOLD, INCORPORATED AND DIEBOLD SELF-SERVICE SYSTEMS<br><br>Plaintiff,<br><br>v.<br><br>NAUTILUS HYOSUNG INC. AND NAUTILUS HYOSUNG AMERICA INC.,<br><br>Defendants. | Case No. 1:15-cv-2153<br><br>JUDGE NUGENT<br><br>MAGISTRATE JUDGE BAUGHMAN |

**DEFENDANTS' UNOPPOSED MOTION TO STAY**
**THE PROCEEDINGS PURSUANT TO 28 U.S.C. § 1659(a)**

Defendants Nautilus Hyosung Inc. and Nautilus Hyosung America Inc., by and through their undersigned counsel, respectfully move the Court for an order in the form attached hereto, to stay this case pursuant to 28 U.S.C. § 1659(a) until final disposition of a related investigation currently pending before the U.S. International Trade Commission ("ITC").  A memorandum in support of this motion is filed concurrently herewith.

Dated:  December 16, 2015

Respectfully submitted,

By   */s/   Jackob Ben-Ezra*

Jackob Ben-Ezra (TX 24073907)
Admitted in N.D. Ohio
ben-ezra@fr.com
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

*Counsel for Defendants Nautilus*
*Hyosung Inc., and Nautilus Hyosung*
*America Inc.*

1

## IN THE UNITED STATES DISTRICT COURT
## THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DIEBOLD, INCORPORATED AND DIEBOLD SELF-SERVICE SYSTEMS | |
| Plaintiff, | Case No. 1:15-cv-2153 |
| v. | JUDGE NUGENT |
| NAUTILUS HYOSUNG INC. AND NAUTILUS HYOSUNG AMERICA INC., | MAGISTRATE JUDGE BAUGHMAN |
| Defendants. | |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY THE PROCEEDINGS PURSUANT TO 28 U.S.C. § 1659(A)

THIS MATTER having been brought before the Court upon the motion of Defendants Nautilus Hyosung Inc., Nautilus Hyosung America Inc. to stay this action pursuant to 28 U.S.C. § 1659(a), and the Court having considered the papers submitted in support of the motion; and good cause appearing;

IT IS on this ___ day of _____, 2015, ORDERED that Defendants' motion to stay this action in its entirety pending disposition of a related proceeding before the United States International Trade Commission ("ITC") is GRANTED; and

FURTHER ORDERED that this action is stayed in its entirety, pursuant to 28 U.S.C. §1659(a), until the determination of the ITC in Investigation No. 337-TA-972 is no longer subject to judicial review.

SO ORDERED this _____ day of December, 2015

_____
Hon. Judge Nugent
U.S. District Court Judge

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on December 16, 2015 to all counsel of record who are deemed to

have consented to electronic service via the Court's CM/ECF system per Civ. R. 5(B)(2).


*/s/ Jackob Ben-Ezra*____
Jackob Ben-Ezra